In the Matter of CLAIRE SINGER, Appellant. STATE LAUNDRY CO., INC., et al., Respondents.— Order affirmed, with $20 costs and disbursements. No

opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse and grant the motion on the authority of *Beveridge* v. *New York E. R. Co.* (112 N. Y. 1), *Manson* v. *Curtis* (223 N. Y. 313), *McQuade* v. *Stoneham* (263 N. Y. 323) and *People ex rel. Manice* v. *Powell* (201 N. Y. 194). [189 Misc. 150.]